JPML FORM 1A              DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 356 -- In re Capital Underwriters, Inc. Securities Litigation

| Date | No. Code | |
|---|---|---|
| 7/12/78 | 1 | MOTION BRIEF, SCHEDULE OF CASES, CERT. OF SERVICE-- Plaintiff Mendelsohn, et al. and McDonald, et al. (emh) |
| 7/12/78 | | SUGGESTED TRANSFEREE DISTRICT: N.D. California |
| | | SUGGESTED TRANSFEREE JUDGE:                              (emh) |
| 7/21/78 | | REQUEST FOR EXTENSION OF TIME -- Defendants Harris, Kerr, Forster & Co., and David E. Latham and Edward Kemper -- GRANTED TO ALL TO AND INCLUDING AUGUST 31, 1978 -- Notified Auban Ann Eisenhardt of Petty, Andrews, Tufts & Jackson and Patrick J. Mahoney of Cooley, Godward, Castro, Huddleson & Tatum by telephone Extension Granted letter mailed to all counsel. |
| 7/25/78 | | REQUEST FOR EXTENSION OF TIME -- George G. Grubb, James W. Boyle and Carlsmith, Wichman & Case -- Extension Granted Previously to All -- Notification letter mailed to all counsel 7/21/78 (rew) |
| 7/25/78 | | REQUEST FOR EXTENSION OF TIME -- John L. Susott -- Extension Granted Previously to All -- Notification letter mailed to all counsel 7/21/78 (rew) |
| 7/31/78 | | APPEARANCES: JOHN P. CERNY, ESQ. for Paul Mendelsohn, etc. George S. McDonald, et al. PATRICK J. MAHONEY, ESQ. FOR Harris Kerr Foster & Co. and David E. Latham HAROLD J. CASSIDY, ESQ. FOR Vernon B. Luke and J.V. Development Corporation AUBAN ANN EISENHARDT, ESQ. FOR Edward C. Kemper, III, Esq.; Mattoch, Edmunds & Kemper; Mattoch, Kemper & Brown; Kemper & Watts SCOTT T. PRATT, ESQ. FOR Carlsmith, Wichman & Case; James Boyle; and George Grubb ROBERT H. JAFFE, ESQ. FOR Helen B. Jala and Matty W. Jala, et al. JOHN MARSHALL COLLINS, ESQ. FOR Gary L. DiGirolamo; Bonnie L. DiGirolamo; and Durwood L. Boeglen GLEN J. VIDA, ESQ. FOR Michael Y. Ichikawa STEPHEN N. DRATCH, ESQ. FOR Benjamin Rabin and Washington Capital Corporation (cds) |
| 8/15/78 | | JALA V. DIGIROLAMO, ET AL., D.N.J., 77-0554 -- Order to Show Cause filed today. Notified counsel and involved judges. |
| 8/25/78 | 2 | RESPONSE/BRIEF -- Defendants George G. Grubb, James W. Boyle and Carlsmith, Wichman & Case -- w/cert. of service (cds) |
| 8/29/78 | 3 | MEMORANDUM IN OPPOSITION TO MOTION TO TRANSFER -- plaintiffs Mendelsohn w/cert. of svc. (ea) |

JPML FORM 1A - Continuation                     DOCKET ENTRIES -- p. 2

DOCKET NO. 356 -- IN RE CAPITAL UNDERWRITERS, INC. SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 8/30/78 | 4 | RESPONSE -- Defendant John L. Susott -- w/cert. of service (cds) |
| 9/1/78 | | HEARING ORDER -- setting A-1 thru A-3 and B-1 for hearing in Chicago, Ill. ~~Miami, Fla.~~ on Sept. 29, 1978. (ea) |
| 9/1/78 | 5 | RESPONSE/BRIEF -- Plaintiffs Helen B. and Matty W. Jala w/cert. of service (cds) |
| 9/5/78 | 6 | OPPOSITION TO MOTION FOR TRANSFER -- Harris, Kerr, Forster & Co. and David E. Latham w/cert. of svc. (ea) |
| 9/5/78 | 7 | BRIEF IN OPPOSITION TO MOTION FOR TRANSFER -- Benjamin Rabin and Washington Capital Corp. w/cert. of svc. (ea) |
| 9/6/78 | | ORDER VACATING HEARING -- Notified involved judges, clerks and counsel (cds) |
| 9/6/78 | | REQUEST FOR EXTENSION OF TIME -- Granted to and including September 30, 1978 -- John P. Cerny, Esq. counsel for Mendelsohn and McDonald. (ea) |
| 9/8/78 | | LETTER dated 9/6/78 -- Glen J. Vida, Esq. for Michael Y. Ichikawa. (ea) |
| 9/19/78 | | LETTER -- Counsel for GARY L. DI GIROLAMO with position statement and Waiver of oral argument (rew) |
| 10/2/78 | 8 | REPLY/BRIEF -- Plaintiffs Mendelsohn-McDonald -- w/cert. of service (emh) |
| 10/4/78 | | ORDER TO SHOW CAUSE filed today -- (B-2) Jheller, et al. v. Carlsmith, Carlsmith, Wichman & Case, et al., N.D. Cal. C.A. No. C78-1737-WHO; (B-3) Batey, et al. v. Gary L. Digirolamo, et al., D. Haw., C.A. No. 76-0103; (B-4) Carter, et al. v. Digirolamo, et al., D. Haw., C.A. No. 77-0028; (B-5) Francis, et al. v. Rabin, et al. D.N.J., C.A. No. 76-966; (B-6) Johnson v. Washington Capital Corp., et al., D.N.J., C.A. No. 77-867. Notified involved counsel and judges. (ea) |
| 10/6/78 | | HEARING ORDER -- setting A-1 thru A-3, B-1 thru B-6 for hearing to be held in Jacksonville, Fla. on 11/1/78. (ea) |
| 10/13/78 | | APPEARANCES -- Jeffrey B. Cahn, Esq. for Alice Y. Johnson James A. Wagner, Esq. for Fred B. Carter, III, Capital Underwriters, Inc. and Capital Holdings, Inc. (ea) |

JPML FORM 1A - Continuation .  DOCKET ENTRIES -- p. 3

DOCKET NO. 356 -- In re Capital Underwriters, Inc. Securities Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 10/16/78 | | LETTER from Counsel for Johnson (B-6) stating no objection to transfer and waiving oral argument. (ea) |
| 10/19/78 | | CORRECTION ORDER REGARDING SCHEDULE ATTACHED TO HEARING ORDER -- Notified involved counse, judges & clerks.(ea) |
| 10/19/78 | 9 | RESPONSE TO SCO -- Defendants Grubb, Boyle, Carlsmith, Carlsmith, Wichman & Case -- w/cert. of svc. (emh) |
| 10/20/78 | 10 | RESPONSE -- Harris, Kerr, Forster & Co. and David E. Latham w/cert. of svc. (ea) |
| 10/20/78 | 11 | RESPONSE -- F. B. Carter, III w/cert. of svc. (ea) |
| 10/20/78 | | APPEARANCE -- Barry I. Siegel, Esq. for Harry Teeper.(ea) |
| 10/23/78 | 12 | RESPONSE -- Kemper, III; Mattoch, Edmunds and Kemper; Mattoch, Kemper and Brown; and Kemper & Watts w/cert. of svc. (ea) |
| | | ~~HEARING APPEARANCE~~ |
| 10/25/78 | | WAIVER OF ORAL ARGUMENT: John Marshall Collins for Digirolamo and Boeglen; Barry I. Siegel for Harry Tepper; Stephen N. Dratch for Rabin and Washington Capital Corp.; James J. Shrager for Francis, and Dr. Shevach |
| 10/25/78 | | HEARING APPEARANCES: AUBAN ANN EISENHARDT FOR Edward C. Kemper, et al. PAUL A. RENNE, ESQ. FOR Harris, Kerr, Forster & Co. (cds) |
| 10/26/78 | | HEARING APPEARANCE: ROBERT H. JAFFE, ESQ. FOR Jala, et al. (cds) |
| 10/30/78 | | HEARING APPEARANCE: Samuel A. Keesal & Scott T. Pratt for Boyle, Grubb & Carlsmith, Carlsmith, Wichman & Case   (emh) |
| 11/2/78 | | WAIVER OF ORAL ARGUMENT: John P. Cerny For Paul Mendelsohn   (cds) |
| 11/1/78 | | Reporters Transcript re (A-1) Mendelsohn, et al. v. Capital Underwriters, Inc., et al. -- Def. Harris, Kerr, etc. |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 356 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 1/18/79 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation (A-1 thru A-3, and B-1 thru B-6) to the Honorable William H. Orrick, Jr. for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.(ea |
| 1/18/79 | | OPINION AND ORDER -- Transferring A-3, B-1, B-3 thru B-6 to be consolidated with A-1, A-2 and B-2 in the Northern District of California and assigned to the Honorable William H. Orrick, Jr. for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. Notified involved counsel, clerks, judges, hearing clerk, recipients publishers, and Panel Judges. (ea) |
| 10/9/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY--C-8 Batey, etal. v. Gary L. Digirolamo, etal., D.Hawaii, C.A. No. 76-0318 -- Notified involved counsel and judges. (ea) |
| 10/25/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-8 Batey, etal. v. Gary L. Digirolamo, ETAL., D.Hawaii, C.A.No. 79-0318 -- Notified involved clerks and judges. (ea) |
| 80/08/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-9 Corral, etal. v. Honokowai-Papkea Joint Venture, et al., D. Hawaii, C.A. No. 78-0518--Notified involved counsel & judges.(ea) |
| 80/08/22 | 13 | NOTICE OF OPPOSITION -- C-9 Corral, etal. v. Honokowai-Papakea Joint Venture, etal., D.Haw., C.A.No. 78-0518 -- Pltfs. in Rema w/cert. of svc. (ea) |
| 80/09/05 | 14 | LETTER -- Requesting prompt hearing and advising Panel of transferee court proceedings -- Signed by Vincent Finigan (counsel for Honokowai-Papakea Joint Venture)(cds) |
| 80/09/05 | 15 | LETTER -- Regarding Mr. Finigans letter (Pldg. No. 14) -- signed by Robert Lief (counsel for Rema Corp) (cds) |
| 80/09/05 | 16 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER C-9 Corral, et al. (referred to as CARTER in Pldg.) v. Honokowai-Papakea Joint Venture, D. Hawaii, 78-0518 -- Honokowai-Papakea Joint Venture -- w/Brief and cert. of serv. (cds) |
| 80/09/18 | 17 | RESPONSE-- HK Defendants -- w/Exhibits A through E and cert of service (cds) |
| 80/10/14 | | LETTER -- Counsel for Rema Corp. (Robert L. Lief) withdrawing motion to vacate conditional transfer order filed in C-9 Corral, et al. v. Honokowai-Papakea D. Hawaii, 78-518 w/service (rew) |
| 80/10/14 | | TRANSFER ORDER -- lifting stay of conditional transfer order filed C-9 Corral v. Honokowai-Papakea, D. Haw., 78-518, correcting first named plaintiff to reflect F.B. Carter, III. Notified transferee clerk, transferee judge, transferor clerk, transferor judge and involved counsel. (rew) |

DOCKET NO. 356 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CAPITAL UNDERWRITERS, INC. SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 11/1/78
Consolidation Ordered 1/18/79         Consolidation Denied _____
Opinion and/or Order 1/18/79
Citation 464 F. Supp. 955

Transferee District  N. D. California        Transferee Judge  William H. Orrick, Jr.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Paul Mendelsohn v. Capital Underwriters, Inc., et al. | N.D.CA. Orrick | C-75-1259-WHO | | | 2/11/80 | |
| A-2 | George S. McDonald, et al. v. Capital Underwriters, Inc., et al. | N.D.CA. Orrick | C-76-1492-WHO | | | 2/11/80 | |
| A-3 | Helen B. Jala, et al. v. Gary DiGirolamo, et al. | D.N.J. Fisher | 77-0665 | 1/18/79 | 79-0153 | 2/11/80 | |
| B-1 | Matty W. Jala, et al. v. Gary L. DiGirolamo, et al. | D.N.J. Fisher | 77-0554 | 1/18/79 | 79-0152 | 2/11/80 | SCO 8/5/78 |
| B-2 | Harold Wheeler, et al. v. Carlsmith, Carlsmith, Wichman & Case, et al. | N.D.CAL Orrick | C78-1737-WHO | | | 2/11/80 | SCO 10/4/78 |
| B-3 | Thomas O. Batey, et al. v. Gary L. DiGirolamo, et al. | D. Hawaii Wong | 76-0103 | 1/18/79 | 79-0156 | 2/11/80 | SCO 10/4/78 |
| B-4 | F. B. Carter, III, et al. v. Gary Louis DiGirolamo, et al. | D. Hawaii Wong | 77-0028 | 1/18/79 | 79-0155 | 2/11/80 | SCO 10/4/78 |
| B-5 | Michael D. Francis, et al. v. Benjamin Rabin, et al. | D.N.J. Coolahan | 76-966 | 1/18/79 | 79-0151 | 2/11/80 | SCO 10/4/78 |
| B-6 | Alice Y. Johnson v. Washington Capital Corp., et al. | D.N.J. Lacey | 77-867 | 1/18/79 | 79-0154 | 2/11/80 | SCO 10/4/78 |

DOCKET NO. _____ -- _____ -- P. ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-7 | Rema Corp., etc. v. DiGirolamo, et al. | N.D.Cal | C79-0784-WHO | | | 2/11/81 D | |
| | *July 1979 — 6 TR / 4 XYZ = 10 pdg.* | | | | | | |
| C-8 | Thomas O. Batey, et al. v. Gary L. Digirolamo, et al. OCT - 9 1979 | D. Hawaii Wong | 76-0318 | OCT 25 1979 | 79-3021 | 2/11/81 WHO | |
| | *July 1980 — 7 TR / 4 XYZ / 11 Pdg.* | | | | | | |
| C-9 | F. B. Carter, III, et al. Theresa Corral, et al. v. Honokowai-Papakea Joint Venture, et al. CLOSED AUG ?? 1980  8/7/80 | D. Haw. | 78-0518 | 10/14/80 | 80-3920 | 2/23/81 D | |
| | *July 1981 — 8 TR / 4 XYZ / 12 Dis / Closed* | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 356 -- In re Capital Underwriters, Inc., Securities Litigation

---

PAUL MENDELSOHN, ETC. (A-1)
GEORGE S. McDONALD;
JORDAN B. DELL'ERA;
JAMES R. CASAROTTI;
ALFRED J. THORINGTON;
DELOSS WINKLER;
PAUL MENDELSOHN;
RAYMOND REDISKE;
GEORGE GROSSI;
ALFRED GROSSI; et al. (A-2)
John P. Cerny, Esq.
Attorney at Law
44 Montgomery Street
Suite 3366
San Francisco, Calif. 94104

HELEN B. JALA
MATTY W. JALA (A-3)
Robert H. Jaffe, Esq.
8 Mountain Avenue
Springfield, New Jersey 07081

EDWARD C. KEMPER, III, Esq.
Mattoch, Edmunds & Kemper
Mattoch, Kemper & Brown
KEMPER & WATTS
Auban Ann Eisenhardt, Esq.
Petty, Andrews, Tufts & Jackson
650 California Street
Suite 3130
San Francisco, California 94108

GARY L. DiGIROLAMO
BONNIE L. DiGIROLAMO
DURWOOD L. BOEGLEN
John Marshall Collins, Esq.
Decker & Collins
2 North Second Street, Suite 1175
San Jose, California 95113

CARLSMITH, CARLSMITH, WICHMAN & CASE
JAMES BOYLE
GEORGE GRUBB
Scott T. Pratt, Esq.
Keesal, Young & Logan
Post Office Box 1730
Pier F, Berth 203
Long Beach, California 90801

MICHAEL Y. ICHIKAWA
Glen J. Vida
2816 Morris Avenue
Union, New Jersey

VERNON B. LUKE
J. V. DEVELOPMENT CORPORATION
Harold J. Cassidy, Esq. *corr. returned*
63 West Main Street
Freehold, New Jersey 07728

BENJAMIN RABIN
WASHINGTON CAPITAL CORPORATION
Stephen N. Dratch, Esq.
Greenberg, Margolis, and Ziegler, P.A.
100 Evergreen Place
East Orange, New Jersey 07018

HARRIS KERR FORSTER & CO.
DAVID E. LATHAM
PATRICK J. MAHONEY, ESQ.
Cooley, Godward, Castro, Huddleson
  & Tatum
The Alcoa Building
One Maritime Plaza
San Francisco, California 94111

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 356 -- In re Capital Underwriters, Inc. Securities Litigation

---

CAPITAL UNDERWRITERS, INC.
GLD ENTERPRISES, INC.
CAPITAL HOLDINGS, INC.
G & J ENTERPRISES
Russell Pitto
Humphreys, Berger & Pitto
2 North Second Street,
Suite 1300
San Jose, California 95113

DEWEY O. CHAPMAN
CALIFORNIA HAWAII DEVELOPMENT, INC.
PAKAKEA PARTNERS, LTD.
George P. Eshoo, Esq.
Eshoo, Scott & Saloman
702 Marshall Street
Suite 500, P. O. Box 190
Redwood City, Calif. 94064

JAMES GEORGE LEE
JOHN DOE & RICHARD ROE, ET AL.
CHARLES SLOCUM
EDWIN C. RINEHART
GERY GOMEX
RICHARD F. CHRISTIAN
~~JOHN L. SUCOTT~~
HART WOOD
CAPITAL CONSULTANTS, INC.
GERARD D. FINN
BEN MAKAEA
   (Unable to determine counsel or
    address for the above

REMA CORP. (XYZ-7)
Robert L. Lieff, Esquire
539 Broadway
P.O. Box 339
Sonoma, CA 95476

---

CITRINO, BALSM & DIBIASI
LOUIS FROMKIN
MURRAY TOMBOROSKY
L & M FINANCIAL CORP.
Citrino Balsam & Dibiasi
345 Centre St.           (see C-9
Nutley, N. J. 07110       same counsel)

WAIPOULI PARTNERS, LTD.
GARY M. KUIOKA
RONALD K. WATASE
ROBERT M. NAKAMA
STANLEY S. WACHI
Counsel cannot be determined
or address

~~GARY L. DIGIROLAMO
BONNIE L. DIGIROLAMO
(local counsel in Hawaii)
Felix Maczszewski, Esq.
2208 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813~~

HAROLD WHELLER, ET AL. (B-2)
John P. Cerny, Esq.
(See A-2 for address)

THOMAS O. BATEY, ET AL. (B-3)
John A. Chanin, Esq.
Jerry A. Ruthruff, Esq.
Suite 1933, Amfac Bldg.
700 Bishop Street
Honolulu, Hawaii 96813

F. B. CARTER, III, ET AL. (B-4)
Don Jeffrey Gelber, Esq.
James A. Wagner, Esq.
Suite 2117 Hawaii Bldg.
745 Fort Street
Honolulu, Hawaii 96813

JPML FORM 2A -- Continuation

Attorney List -- p. 3

DOCKET NO. 356 -- IN RE CAPITAL UNDERWRITERS, INC. SECURITIES LITIGATION

---

MICHAEL D. FRANCIS, ET AL. (B-5)
Charles R. Church, Esq.
Hannoch, Weisman, Stern & Besser
744 Broad Street
Newark, New Jersey  07102

ALICE Y. JOHNSON (B-6)
Jeffrey Barton Cahn, Esq.
Sills, Beck, Cummis, Radin
   & Tischman
33 Washington St.
Newark, New Jersey  07102

HARRY TEPPER
Gutkin, Miller, Shapiro, Berson,
   Hochberg & Reiken
225 Millburn Ave.
Millburn, New Jersey  07041


THOMAS O. BATEY (C-8)
John A. Chanin, Esq.
Jerry D. Ruthruff, Esq.
Chanin & Ruthruff
Suite 1933, Amfac Bldg.
700 Bishop St.
Honolulu, Hawaii  96813
BONNIE L. DIGIROLAMO (Deft. C-8)
GARY L. DIGIROLAMO (Deft. C-8)
Felix A. Maciszewski, Esq.
2208 Davies Pacific Center
841 Bishop St.
Honolulu, Hawaii  96813

John Marshall Collins, Esq.
Address on Page 1

JOHN L. SUSOTT (3d Pty Deft.)
William H. Dodd, Esq.
Chun, Kerr & Dodd
Suite 1408 Amfac Bldg.
700 Bishop St.
Honolulu, Hawaii  96813

Additional Counsel for
William Susott
Jerome Sapiro, Jr., Esq.
100 Bush St., Suite 1020
San Francisco, California  94104

THERESA CORRAL, ET AL. (C-9)
Thomas S. Di Biasi, Esq.
345 Centre St.
Nutley, New Jersey  07110

Paul E. DiBianco #976, Esq.
Ste. 904, 745 Fort St.
Honolulu, Hawaii  96813

HONOKOWAI-PAPAKEA JOINT VENTURE
HONOKOWAI-KAANAPALI PARTNERS
Vincent Paul Finigan, Jr., Esq.
William Keegan, Esq.
Brobeck, Phleger & Harrison
One Market Plaza
Spear Street Tower
San Francisco, Calif.  94105

Robert E. Warner, Esq.
841 Bishop St., Suite 2212
Honolulu, Hawaii  96813

THOMAS E. ARCHER
JANE Y. AYERS
RICHARD D. BRUMBAUGH
FERNANDO V. DULAY
CURTIS B. FORD
FRANCIS M. PASAALACQUA
GEORGE PASFIELD, JR
A. L. PHILBRICK
H. FISCHER
MARY O'CONNOR RAMASAUR
MAX P. SCHLIENGER
PATRICIA L. YATES
BARNARD DAVIS
DONALD B. CRAWFORD
JAMES NOLAN
THOMAS R. PASSLACQUA
JAMES L. GEORGE
Unable to determine counsel
   or address for the above

JPML FORM 2A -- Continuation

Attorney List -- p. _____

DOCKET NO. _____ -- _____

Notice of Opposition

THERESA CORRAL, ET AL. (C-9)
Thomas S. Di Biasi, Esq.
345 Centre St.
Nutley, New Jersey   07110

Paul E. DiBianco #976, Esq.
Ste. 904, 745 Fort St.
Honolulu, Hawaii   96813

opposed by
REMA CORP. PLTFS. (XYZ-7)
Robert L. Lieff, Esq.
539 Broadway
P. O. Box 339
Sonoma, Calif.   95476

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _356_ -- IN RE CAPITAL UNDERWRITERS, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ Capital Underwriters, Inc. ✓ | A-1, A-2, C-1, C-2, B-5, B-6 |
| ✓ Gary L. DiGirolamo ✓ | A-1, A-2, A-3, C-1, C-2, B-3, B-4, B-5, B-6, C-8 |
| Bonnie D. Boeglen DiGirolamo | A-1, A-2, B-3, C-8 |
| Gery Gomex | A-1 |
| Edwin Rinehart | A-1, A-2, C-1 |
| Richard F. Christian | A-1, A-2 |
| Durwood Boeglen | A-1, A-2 |
| ✓ California-Hawaii Development, Inc. | A-1, A-2, C-9 |
| ✓ Dewey O. Chapman | A-1, A-2 |
| ✓ Benjamin Rabin ✓ | A-3, C-1, B-5, B-6 |
| ✓ Vernon B. Luke | A-3, C-1 |

| Name | Codes |
|---|---|
| James George Lee | A-3 B-1 |
| ✓ Michael Y. Ichikana | A-3 B-1 |
| ✓ David E. Latham | A-2, A-3 B-1, B-2 |
| ✓ Washington Capital Corp. | A-3 B-1, B-5, B-6 |
| ✓ J.V. Development Corp. | A-3 B-1 |
| Harris, Kerr, Forster & Co. | A-2, A-3 B-1, B-2 |
| John Doe & Richard Roe, et al. | A-3 |
| Charles Slocum | A-2 B-1, B-2 |
| ~~Edwin C. Rinehart~~ | A-2 |
| ✓ Mattoch, Kemper & Brown | A-2 B-2 |
| ✓ Edward C. Kemper, III | A-2, B-2 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 356 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Kemper & Watts | A-2, B-2 |
| Ben Makaea | A-2 |
| Gerard D. Finn | A-2 |
| ~~Gerard D. Finn~~ | |
| George G. Grubb | A-2, B-1, B-2 |
| Carlsmith, Carlsmith, Wichman & Case | A-2, B-2 |
| GLD Enterprises, Inc. | A-2, B-2 |
| Capital Holdings, Inc. | A-2, B-1, B-2, B-5 |
| Capital Consultants, Inc. | A-2, B-2 |
| James W. Boyle | A-2, B-1, B-2 |
| Hart Wood | A-2 |

| Name | Code |
|---|---|
| G & J Enterprises | A-2 |
| John L. Susott | A-2 / C-8 |
| Murray Tomborosky | K-1 |
| Carlsmith, Carlsmith, Wichman and Case | K-1 |
| *[illegible] Tomborosky* | B-1 |
| *[illegible] International Corp* | B-1 |
| *[illegible]* | B-1 |
| Gary M. Kuioka | B-2 |
| Ronald K. Watase | B-2 |
| Robert M. Nakama | B-2 |
| Stanley S. Wachi | B-2 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 356 -- IN RE CAPITAL UNDERWRITERS, INC. SECURITIES LIT.

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mattock Edmunds & Kemper | C-7 |
| Harry Teeper | B-5, B-6 |
| Waipouli Partners Ltd. | B-5 |
| Honokowai-Papakea Joint Venture | C-9 |
| Honokowai-Kaanapali Partners | C-9 |
| Papakea Partners, Ltd | C-9 |
| Thomas E. Watson | C-9 |
| Gene Y. Ayers | C-9 |
| Richard D. Brubaugh | C-9 |
| Fernando V. Daley | C-9 |
| Curtis B. Ford | C-9 |
| James L. Henry | C-9 |

p. 6

| | |
|---|---|
| Francis M. Pasadlacqua | C-9 |
| George Posfeld, Jr. | C-9 |
| A. L. Philbrick | C-9 |
| H. Fischer | C-9 |
| Mary O'Conner Ramasaur | C-9 |
| Max P. Schlienger | C-9 |
| Patricia L. Yates | C-9 |
| Bernard Davis | C-9 |
| Donald B. Crawford | C-9 |
| James Nolan | C-9 |
| Henor R. Passalacqua | C-9 |